UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| DORA J. WOOTEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:09-CV-61 |
| v. | ) | *Mattice / Lee* |
| | ) | |
| JONAS A. FRALEY and, | ) | |
| P & D TRANSPORTATION, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is Defendants' motion under Fed. R. Civ. P. 35 for an independent medical and vocational examination of Plaintiff [Doc. 21]. Under Rule 35, a court may, on motion for good cause, order a party to submit to an examination if the party's physical or mental condition is in controversy. Defendants argue the examinations are necessary to determine (1) whether Plaintiff's physical injuries resulted from the automobile accident giving rise to this lawsuit or from a preexisting condition and (2) whether Plaintiff, who has claimed an inability to work as an element of her damages, is able to be gainfully employed. For good cause shown, Defendants' motion [Doc. 21] is **GRANTED**.[1]

SO ORDERED.

ENTER:

                                         s/*Susan K. Lee*
                                         SUSAN K. LEE
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] At the hearing, the parties agreed to attempt to agree upon the details of the examinations.